No. 74–992. SEAVER, JUDGE, ET AL. *v.* WIEGAND. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken

as a petition for writ of certiorari, certiorari denied. ▮